# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DEALERTRACK REGISTRATION AND TITLING SOLUTIONS, INC. ) ) ) ) Plaintiff, ) ) v. ) ) DOWNTOWN AUTO TITLE & ) NOTARY LLC d/b/a TIME SAVER ) AUTO TITLE & NOTARY, a West ) Virginia Limited Liability Company, ) SAMUEL MCGUFFIN, ) PETER TULLY, and IAN NOBLE ) ) ) Defendants. ) ) | CIVIL ACTION FILE NO.: 1:21-CV-03643-ELR |

## PLAINTIFF DEALERTRACK REGISTRATION AND TITLING SOLUTIONS, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and LR 3.3, Dealertrack Registration and Titling Solutions, Inc. discloses the following to the Court:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Dealertrack Registration and Titling Solutions, Inc.'s is wholly owned by Trivin, Inc. Trivin, Inc. is wholly owned by Dealertrack, Inc. Dealertrack, Inc. is wholly owned by Manheim Investments, Inc. Manheim Investments, Inc. is wholly owned by Cox Automotive, Inc. Cox Automotive Inc. is wholly owned by Cox Enterprises, Inc.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: Dealertrack Registration and Titling Solutions, Inc. refers to the list of corporations identified in section (1) above.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

- P. Michael Freed – Georgia Bar No. 076432
- Lillian K. Henry – Georgia Bar No. 783275

Respectfully submitted this 2nd day of September, 2021.

/s/ Lillian K. Henry
P. Michael Freed
Georgia Bar No. 061128
Lillian K. Henry
Georgia Bar No. 783275

Michael.Freed@lewisbrisbois.com
Lillian.Henry@lewisbrisbois.com
Matt.Nelson@lewisbrisbois.com
Lewis Brisbois Bisgaard & Smith LLP
600 Peachtree Street, NE
Suite 4700
Atlanta, GA 30308
(404) 348-8585
*Counsel for Dealertrack Registration and Titling Solutions, Inc.*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that this document was prepared in Times New Roman, 14-point font pursuant to LR 5.1(c), NDGa.

Respectfully submitted, this 2nd day of September, 2021.

|  | **LEWIS BRISBOIS BISGAARD & SMITH, LLP** |
|---|---|
|  | */s/ Lillian K. Henry* |
| 600 Peachtree Street, NE. | P. Michael Freed |
| Suite 4700 | Georgia Bar No. 061128 |
| Atlanta, GA 30308 | Lillian K. Henry |
| 404.348.8585 (t) | Georgia Bar No. 783275 |
| 404.467.8845 (f) |  |
| Michael.Freed@lewisbrisbois.com | ***Counsel for Plaintiff Dealertrack*** |
| Lillian.Henry@lewisbrisbois.com | ***Registration and Titling Solutions, Inc.*** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, 2021, I electronically filed the foregoing *Plaintiff Dealertrack Registration and Titling Solutions, Inc.'s Certificate of Interested Persons and Corporate Disclosure Statement* with the Clerk of Court using the CM/ECF system. The undersigned also certifies that a copy of the same has been sent via U.S. Mail, postage prepaid, and addressed as follows to Plaintiff:

Downtown Auto Title & Notary LLC
d/b/a Time Saver Auto Title & Notary
c/o PETER TULLY
225 COURT ST. WEST
HUNTINGTON, WV, 25704

Samuel McGuffin
104 B 4TH AVE
HUNTINGTON, WV, 25701

Peter Tully
225 COURT ST. WEST
HUNTINGTON, WV, 25704

Ian Noble
1528 C WHALEY COURT
HUNTINGTON, WV, 25704

Respectfully submitted this 2nd day of September, 2021.

/s/ *Lillian K. Henry*
P. Michael Freed
Georgia Bar No. 061128
Lillian K. Henry
Georgia Bar No. 783275

Michael.Freed@lewisbrisbois.com
Lillian.Henry@lewisbrisbois.com
Matt.Nelson@lewisbrisbois.com
Lewis Brisbois Bisgaard & Smith LLP
600 Peachtree Street, NE
Suite 4700
Atlanta, GA 30308
(404) 348-8585

*Counsel for Dealertrack Registration and Titling Solutions, Inc.*